IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| GREAT PLAINS AIRLINES HOLDING CO. | ) Case No. 05-10309-R |
| ID# 73-1554032 | ) |
| and | ) |
| OZARK AIR LINES, INC. | ) Case No. 04-10361-R |
| d/b/a GREAT PLAINS AIRLINES | ) |
| ID# 43-1826825 | ) Substantively Consolidated |
| 6501 E. Apache St., Suite 201 | ) Under Case No. 05-10309-R |
| Tulsa, OK  74115 | ) Chapter 7 |
| Debtors. | ) |

## REPORT OF TRUSTEE OF UNCLAIMED DIVIDENDS AND OTHER MONIES UNDER 11 U.S.C. SECTION 347

TO THE UNITED STATES BANKRUPTCY COURT CLERK:

**COMES NOW** Patrick J. Malloy III, Trustee in the above styled case, and reports that there are dividends or other moneys remaining unclaimed after dividends were declared and distributed on March 22, 2009, and February 7, 2010 in account #4428053790 and, April 1, 2009 in account #442972499.,

The following is a list of the names and post office addresses, as far as known, of the person entitled thereto, showing the respective amounts payable:

Account: 4428053790:

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 29 | Kelli Turner<br>2846 Iroquois Drive<br>Thompsons Station, TN   37179 | $ 7.86 |
| 37 | Midtown Café Curb<br>d/b/a Camille's Sidewalk Café<br>7011 S. Memorial Dr.<br>Tulsa, OK   74133 | 4.70 |

1

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 49 | Alton Airport Limousine, Inc.<br>P.O. Box 157<br>Alton, IL   62002 | 29.31 |
| 65 | SquareOne Design, LLC<br>Timothy S. Posey, Riggs Abney, et al<br>502 West 6th Street<br>Tulsa, OK   74119 | $  10.50 |
| 71 | Jason T. Stinnett<br>601 S. Vista Lane #174<br>Edmond, OK   73034 | 1.03 |
| 72 | Cambridge Suites<br>8181 E. 41st Street<br>Tulsa, OK   74145 | 16.73 |
| 73 | Barbara Holt<br>Terry M. Thomas<br>Crowe & Dunlevy<br>321 South Boston<br>Tulsa, OK   74103 | 2.15 |
| 93 | Sid Harris<br>6501 E. 117th St.<br>Bixby, OK   74008-8211 | 424.12 |
| 95 | Darlene E. Snider<br>1651 Taylor Rd.<br>Ofallon, IL   62269 | 2.37 |
| 111 | Jay Martin<br>NetCom Solutions<br>515 West Eubanks<br>Oklahoma City, OK   73118 | 5.13 |
| 114 | Norman A. Newman<br>115 S. Nelson<br>Pampa, TX   79065 | 1.20 |

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 120 | Aero Quality Sales<br>McKechnie Aerospace Aftermarket Group<br>350 S. Rock Blvd.<br>Reno, NV  89502 | 46.29 |
| 127 | Federal Aviation Administration<br>Allan H. Horowitz Manager<br>Special Programs, AGC-300 Enforcement<br>Division, Office of The Chief Counsel<br>Washington, DC  20591 | $  18.66 |
| 188 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR  97207-0309 | 5.44 |
| 189 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland OR  97207-0309 | 8.15 |
| 190 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR  97207-0309 | 1.25 |
| 192 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 2.74 |
| 193 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 116.14 |
| 194 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR  97207-0309 | 125.68 |
| 195 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR  97207-0309 | .72 |
| 196 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR  97207-0309 | 5.19 |

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 197 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 4.74 |
| 198 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 1.76 |
| 206 | Worldwide Flight Services, Inc.<br>Attn:  Ken Koger<br>1925 West John Carpenter #450<br>Irving, TX   75063 | 566.41 |
| 210 | City of Chicago<br>c/o Esther Tryban Telser<br>Dept. of Law<br>30 N. LaSalle, Room 900<br>Chicago, IL   60602 | 31.92 |
| 213 | Glacier Ice, Inc.<br>4611-B Admiral Blvd.<br>Tulsa, OK   74114 | 9.22 |
| 219 | American Home Assurance Company<br>AIG Law Department-Bankruptcy<br>70 Pine St. 31st Floor<br>New York, NY   10270 | 2,392.27 |
| 2A | Oklahoma Tax Commission<br>Bankruptcy Section<br>General Counsel's Office<br>POB 53248<br>OKC, OK   73152-3248 | .12 |
| 17 | Our Designs<br>9121 Glenoaks Blvd.<br>Sun Valley, CA   91352 | 270.41 |
| 29 | Kelli Turner<br>2846 Iroquois Drive<br>Thompsons Station, TN   37179 | 9.99 |

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 37 | Midtown Café Curb<br>d/b/a Camille's Sidewalk Café<br>7011 S. Memorial Dr.<br>Tulsa, OK   74133 | 5.97 |
| 49 | Alton Airport Limousine, Inc.<br>P.O. Box 157<br>Alton, IL   62002 | 37.26 |
| 53 | CommuniTech, Inc.<br>321 Bond Street<br>Elk Grove Village, IL   60007 | 8.68 |
| 65 | SquareOne Design, LLC<br>Timothy S. Posey, Riggs Abney, et al<br>502 West 6th Street<br>Tulsa, OK   74119 | 13.34 |
| 71 | Jason T. Stinnett<br>601 S. Vista Lane #174<br>Edmond, OK   73034 | 1.31 |
| 72 | Cambridge Suites<br>8181 E. 41st Street<br>Tulsa, OK  74145 | 21.27 |
| 73 | Barbara Holt<br>Terry M. Thomas<br>Crowe & Dunlevy<br>321 South Boston<br>Tulsa, OK    74103 | 2.73 |
| 79 | Everest VIT<br>c/o Welch Allyn, Inc.<br>4341 State Street Rg., Attn:  Credit Dept<br>Skaneateles Falls, NY   13153 | 74.13 |
| 80 | ADECCO USA, INC.<br>175 Broad Hollow Road<br>Melville, NY   11747-8905 | 96.81 |

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 83 | SBC Communications<br>Southwestern Bell<br>P.O. Box 981268<br>West Sacramento, CA   95798 | 7.69 |
| 84 | CHASTAIN, TRESA<br>1200 Loblolly Court<br>Ofallon, IL   62269 | .94 |
| 93 | Sid Harris<br>6501 E. 117th St.<br>Bixby, OK   74008-8211 | 539.15 |
| 95 | Darlene E. Snider<br>1651 Taylor Rd.<br>Ofallon, IL   62269 | 3.02 |
| 108 | Ellen Goldstein<br>5724 Elderberry Ct NE<br>Albuquerque, NW   87111 | 2.37 |
| 111 | Jay Martin<br>NetCom Solutions<br>515 West Eubanks<br>Oklahoma City, OK   73118 | 6.51 |
| 114 | Norman A. Newman<br>115 S. Nelson<br>Pampa, TX   79065 | 1.54 |
| 120 | Aero Quality Sales<br>McKechnie Aerospace Aftermarket Group<br>350 S. Rock Blvd.<br>Reno, NV   89502 | 58.85 |
| 184 | Southwestern Bell Telephone Company, L.P.t<br>P.O. Box 981268<br>West Sacramento, CA   95798 | 24.18 |

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 188 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 6.92 |
| 189 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland OR   97207-0309 | 10.35 |
| 190 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 1.58 |
| 192 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 3.48 |
| 193 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 147.66 |
| 194 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 159.78 |
| 195 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | .92 |
| 196 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 6.59 |
| 197 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 6.02 |
| 198 | Cingular Wireless formerly AT&T Wireless<br>P.O. Box 309<br>Portland, OR   97207-0309 | 2.24 |

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 210 | City of Chicago<br>c/o Esther Tryban Telser<br>Dept. of Law<br>30 N. LaSalle, Room 900<br>Chicago, IL   60602 | 40.59 |
| 213 | Glacier Ice, Inc.<br>4611-B Admiral Blvd.<br>Tulsa, OK   74114 | 11.72 |
|  | TOTAL: | $5,425.80 |

Account #4429724992:

| **CLAIM NO.** | **NAME AND ADDRESS** | **AMOUNT** |
|---|---|---|
| 92 | Matthew Owen Gipson<br>3809 S. Rolling Oaks Dr.<br>Tulsa, OK   74107 | $501.00 |
| 103 | Silas, Alisha Y.<br>536 N. 79th St.<br>East St. Louis, IL   62203 | 732.34 |
| 167 | Marshall, Susan<br>5744 E. 63rd Place<br>Tulsa, OK   74136 | 369.40 |
| 216 | Janelle Berry<br>7234 ½ North Gregory Road<br>Yukon, OK   73099 | 1,319.01 |
| 228 | Jordan , Keyah<br>116 E. 21st St #4<br>Tulsa, OK   74114 | 1,403.72 |
| 229 | Morris, Mandy M.<br>1312 S. Trenton Ave.<br>Tulsa, OK   74120 | 646.45 |
|  | TOTAL: | $4,971.92 |

TOTAL TRANSFERRED INTO REGISTRY OF THE COURT:

Enclosed herewith are two (2) checks made payable to your order in the amount of

| | | |
|---|---|---|
| Account #4428053790: | For a total of | $5,425.80 |
| Account #4429724992: | For a total of | $4,971.92 |

DATED: January 13, 2011

s/Patrick J. Malloy III
Patrick J. Malloy III, Trustee
OBA No. 5647
111 West 5th St., Suite 700
Tulsa, Oklahoma   74103-4261
Telephone:     (918) 747-3491
Fax Number:   (918) 743-6103